IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02462-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

ISAAC ROGER ACEVES,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
COLORADO STATE PENITENTIARY,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

    Mr. Aceves, a Colorado Department of Corrections prisoner who is incarcerated at the Colorado State Penitentiary, has filed a "Complaint" challenging the conditions of his confinement. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X   is not submitted
(2)   ___   is missing affidavit
(3)   X   is missing <u>certified</u> copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account

(5) __ is missing required financial information
(6) __ is missing an original signature by the prisoner

(7) __ is not on proper form (must use the court's current form):
(8) __ names in caption do not match names in caption of complaint, petition or habeas application
(9) _X_ other: § 1915 Motion and Affidavit is necessary only if $350.00 filing fee and $50.00 administrative fee are not paid in advance.

**Complaint, Petition or Application**:

(10) __ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. __
(14) __ uses et al. instead of listing all parties in caption
(15) __ names in caption do not match names in text
(16) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17) __ other:

Accordingly, it is

ORDERED that the Mr. Aceves cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint (with the assistance of her case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the Complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED: September 10, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge