IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02462-BNB

ISAAC ROGER ACEVES,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
COLORADO STATE PENITENTIARY,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Isaac Roger Aceves, is in the custody of the Colorado Department of Corrections and is incarcerated at the Colorado State Penitentiary in Cañón City, Colorado. He initiated this action by filing a Complaint on September 9, 2013, challenging the conditions of his confinement.

    On September 10, 2013, Magistrate Judge Boyd N. Boland directed Mr. Aceves to cure certain enumerated deficiencies in this action within thirty days. Specifically, Mr. Aceves was ordered to submit a Prisoner's Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form, or, in the alternative, to pay the $350.00 filing fee and $50.00 administrative fee (for a total filing fee of $400.00). Mr. Aceves was also instructed to submit a Prisoner Complaint on the court approved form. Magistrate Judge Boland directed Mr. Aceves to obtain the court-approved forms, along with the applicable instructions, on this Court's website (with the assistance of his case manager or the facility's legal assistant), at www.cod.uscourts.gov. Magistrate Judge

Boland warned Mr. Aceves in the September 10 Order that failure to cure the designated deficiencies by the court-ordered deadline would result in dismissal of the action without further notice.

Mr. Aceves has failed to submit any documents in compliance with the September 10 Order and has not paid the $400.00 fee filing fee. Furthermore, Mr. Aceves has not communicated with the Court since he initiated this action on September 9, 2013, to request copies of the court-approved forms or an extension of time to comply with the September 10 Order. Accordingly, this action will be dismissed without prejudice.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. See *Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Aceves files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Isaac Roger Aceves, to comply with the September 10, 2013 Order Directing Plaintiff to Cure Deficiencies and for failure to prosecute. It is

FURTHER ORDERED that no certificate of appealability will issue because jurists of reason would not debate the correctness of this procedural ruling and Mr. Aceves has not made a substantial showing of the denial of a constitutional right. It is

3

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. Mr. Aceves may file a motion in the Tenth Circuit.

DATED at Denver, Colorado, this 17th day of October, 2013.

BY THE COURT:

s/Christine M. Arguello
CHRISTINE M. ARGUELLO
United States District Judge, for
LEWIS T. BABCOCK, Senior Judge
United States District Court